UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATTY DELOREAN,
    Plaintiff

v.

SOUTH SHORE YMCA, INC.,
    Defendant

Civil Action No. 05-11332-NMG

## AFFIDAVIT OF KEVIN B. CALLANAN

1. I am counsel of record for the plaintiff in the above action.

2. On June 25, 2005, pursuant to Rule 4(d), I mailed a Notice of Lawsuit and Request of Waiver of Service of Summons to Attorney Michael R. Bertoncini together with a copy of the Complaint and Jury Demand in the above action.

3. Attorney Bertoncini is counsel for South Shore YMCA, Inc., and his address is Murphy, Hesse, Twomey & Lehane, World Trade Center East, Two Seaport Lane, Boston, MA 02210.

4. On July 22, 2005, I received a Waiver of Service of Summons signed by Attorney Bertoncini acknowledging receipt of plaintiff's request to waive service of a summons and acknowledging receipt of a copy of the Complaint in this action.

5. Attached hereto is the Waiver of Service of Summons signed by Attorney Bertoncini and dated July 21, 2005.

Signed under the penalties of perjury.

*/s/ Kevin B. Callanan*
Kevin B. Callanan BBO# 070620
Law Office of Kevin B. Callanan
17 Accord Park Drive – Suite 101
Norwell, MA 02061
July 25, 2005                    Counsel for the Plaintiff

### Certificate of Service

I certify that a true copy of the foregoing Affidavit of Kevin B. Callanan was served on Michael R. Bertoncini, Murphy, Hesse, Toomey, & Lehane, World Trade Center East, Two Seaport Lane, Boston, MA 02210 by mail on July 25, 2005.

*/s/ Kevin B. Callanan*
Kevin B. Callanan