## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NMG

PATTY DELOREAN,

      Plaintiff,

v.

SOUTH SHORE YMCA, INC.

      Defendant.

### DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant South Shore YMCA, Inc. files this Disclosure Statement and states that it has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,

DEFENDANT SOUTH SHORE YMCA, INC.,

By its attorneys,

Michael R. Bertoncini, BBO#633720
MURPHY, HESSE, TOOMEY & LEHANE, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
Tel:   (617) 479-5000
Fax:   (617) 338-1324

### Certificate of Service

I, Michael R. Bertoncini, hereby certify that on this 24th day of August, 2005, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Callanan, Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 02061.

Michael R. Bertoncini