UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NMG

PATTY DELOREAN,

    Plaintiff,

v.

SOUTH SHORE YMCA, INC.

    Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance as Counsel on behalf of the Defendant, South Shore Y.M.C.A., Inc. in connection with the above-captioned matter in addition to the appearance of Attorney Michael R. Bertoncini that is presently on file.

Respectfully submitted,

DEFENDANT SOUTH SHORE YMCA, INC.,

By its attorneys,

_____
Kathryn M. Martin, #660345
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, 4th Floor
Quincy, MA 02169
Tel: (617) 479-5000

## Certificate of Service

      I, Kathryn M. Martin, hereby certify that on this 7th day of September, 2005, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Callanan, Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 02061.

                                                          _____

                                                          Kathryn M. Martin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NMG

PATTY DELOREAN,

    Plaintiff,

v.

SOUTH SHORE YMCA, INC.

    Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance as Counsel on behalf of the Defendant, South Shore Y.M.C.A., Inc. in connection with the above-captioned matter in addition to the appearance of Attorney Michael R. Bertoncini that is presently on file.

Respectfully submitted,

DEFENDANT SOUTH SHORE YMCA, INC.,

By its attorneys,

_____
Kathryn M. Martin, #660345
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, 4th Floor
Quincy, MA 02169
Tel: (617) 479-5000

2

## Certificate of Service

  I, Kathryn M. Martin, hereby certify that on this 7th day of September, 2005, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Callanan, Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 02061.

                 _____
                 Kathryn M. Martin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NMG

PATTY DELOREAN,

    Plaintiff,

v.

SOUTH SHORE YMCA, INC.

    Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance as Counsel on behalf of the Defendant, South Shore Y.M.C.A., Inc. in connection with the above-captioned matter in addition to the appearance of Attorney Michael R. Bertoncini that is presently on file.

Respectfully submitted,

DEFENDANT SOUTH SHORE YMCA, INC.,

By its attorneys,

/s/Kathryn M. Martin
Kathryn M. Martin, #660345
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, 4th Floor
Quincy, MA 02169
Tel: (617) 479-5000

**Certificate of Service**

  I, Kathryn M. Martin, hereby certify that on this 7th day of September, 2005, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Callanan, Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 02061.


         /s/ Kathryn M. Martin
         Kathryn M. Martin