UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATTY DELOREAN,

    Plaintiff

v.                              Civil Action No. 05-11332-NMG

SOUTH SHORE YMCA, INC.,
    Defendant.
_____/

## ANSWER TO COUNTERCLAIM

The plaintiff, Patty DeLorean, hereby answers the numbered paragraphs of the Counterclaim filed by the defendant, South Shore YMCA, Inc. as follows.

### Count I

(Breach of Contract)

1. Denied.
2. Denied.
3. Denied.

### Count II

(Breach of The Covenant of Good Faith and Fair Dealing)

4. Plaintiff incorporates her responses to paragraphs 1 through 3 above.
5. Denied.
6. Denied.

7. Denied.

## Count III

(Unjust Enrichment)

8. The plaintiff incorporates her responses to paragraphs 1 through 7 above.

9. Denied.

10. Denied.

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted because plaintiff Patty DeLorean is not liable to pay the defendant, South Shore YMCA, Inc., any amount of damages.

### THIRD AFFIRMATIVE DEFENSE

Some or all of the plaintiff's claims in the Counterclaim are barred because the South Shore YMCA, Inc., has been paid in full by Patty DeLorean.

### FOURTH AFFIRMATIVE DEFENSE

Some or all of the plaintiff's claims in the Counterclaim are barred by the doctrine of accord and satisfaction.

### FIFTH AFFIRMATIVE DEFENSE

Some or all of the plaintiff's claims in the Counterclaim are barred by the doctrine of estoppel.

Respectfully submitted,

PATTY DELOREAN

By her attorney,

*/s/ Kevin B. Callanan*
Kevin B. Callanan, BBO #070620
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, Massachusetts 02061
781-878-1604

Dated: September 3, 2005

### Certificate of Service

I hereby certify that a true copy of the foregoing document was served upon the attorney for the defendant, South Shore YMCA, Inc., by U.S. Mail on September 3, 2005.

*/s/ Kevin B. Callanan*
Kevin B. Callanan