UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NM

PATTY DELOREAN,

      Plaintiff,

v.

SOUTH SHORE YMCA, INC.

      Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance as Counsel on behalf of the Defendant, South Shore Y.M.C.A., Inc. in connection with the above-captioned matter in addition to the appearance of Attorney Kathryn M. Martin that is presently on file.

Respectfully submitted,

DEFENDANT SOUTH SHORE YMCA, INC.,

By its attorneys,

*/s/ Kathryn M. Murphy*
Kathryn M. Murphy, BBO#564789
MURPHY, HESSE, TOOMEY & LEHANE, LL
World Trade Center East
Two Seaport Lane
Boston, MA 02210
Tel:  (617) 479-5000
Fax:  (617) 338-1324

### Certificate of Service

I, Michael R. Bertoncini, hereby certify that on this 16th day of September, 2005, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Callanan, Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 02061.

*/s/ Kathryn M. Murphy*
Kathryn M. Murphy