## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NM

PATTY DELOREAN,

       Plaintiff,

v.

SOUTH SHORE YMCA, INC.

       Defendant.

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2, please note the undersigned's withdrawal of his

appearance in this matter. This Notice of Withdrawal is accompanied by the Notice of

Appearance of Attorney Kathryn M. Murphy filed this same day and has been served upon

Defendant.

                    Respectfully submitted,

                    DEFENDANT SOUTH SHORE YMCA, INC.,

                    By its attorneys,

                    Michael R. Bertoncini, BBO#633742
                    MURPHY, HESSE, TOOMEY & LEHANE, L
                    World Trade Center East
                    Two Seaport Lane
                    Boston, MA 02210
                    Tel:   (617) 479-5000
                    Fax:  (617) 338-1324

### Certificate of Service

I, Michael R. Bertoncini, hereby certify that on this 16th day of September, 2005, I caused a true copy   e
foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Call   1,
Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 0206

                    Michel R. Bertoncini