UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATTY DELOREAN,
    Plaintiff

v.    Civil Action No. 05-11332-NMG

SOUTH SHORE YMCA, INC.,
    Defendant

## PLAINTIFF'S MOTION TO RESCHEDULE RULE 16 SCHEDULING CONFERENCE

Plaintiff, Patty DeLorean, moves that the Rule 16 Scheduling Conference on October 28, 2005, be rescheduled to a later date on the following grounds:

1. Plaintiff's counsel, Kevin B. Callanan, is scheduled to begin a jury trial on October 26, 2005 in Norfolk County Superior Court, in Civil Action No. 04-00261-C.

2. It is estimated that the trial will last 3 or 4 days.

3. Defendant's counsel, Kathryn M. Martin and Kathryn M. Murphy, have assented to this motion.

4. All counsel are presently available during the week of November 14, 2005.

Accordingly, plaintiff requests that the October 28, 2005 conference be rescheduled to a date on or after November 14, 2005.

| Assented to: | Respectfully submitted, |
|---|---|
| SOUTH SHORE YMCA, INC.<br>By its attorneys, | PATTY DELOREAN<br>By her attorney, |

/Kathryn M. Murphy (KBC)/　　　　/Kevin B. Callanan/
Kathryn M. Martin, BBO#660345　　Kevin B. Callanan, BBO# 070620
Kathryn M. Murphy, BBO# 564789　Law Office of Kevin B. Callanan
Murphy, Hesse, Toomey & Lehane　17 Accord Park Drive – Suite 101
World Trade Center East　　　　　Norwell, MA 02061
Two Seaport Lane　　　　　　　　781-878-1604
Boston, MA 02210
617-479-5000

### Certificate of Service

I certify that a true copy of the foregoing Motion was served on Kathryn M. Martin and Kathryn M. Murphy, Murphy, Hesse, Toomey, & Lehane, World Trade Center East, Two Seaport Lane, Boston, MA 02210 by mail on October 7, 2005.

/Kevin B. Callanan/
Kevin B. Callanan