UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NMG

PATTY DELOREAN,
    Plaintiff,

v.

SOUTH SHORE Y.M.C.A., INC.,
    Defendant,

And

SOUTH SHORE Y.M.C.A., INC.,
    Plaintiff in Counterclaim,

v.

PATTY DELOREAN,
    Defendant in Counterclaim.

## JOINT STATEMENT

The Parties in the above-entitled matter file this proposed joint statement pursuant to Local Rule 16.1(D). The Parties propose the following discovery plan:

**1. Joint Discovery Plan**

    **a. Mandatory Disclosure**

The plaintiff has completed mandatory disclosure by first class mail, postage prepaid on November 14, 2005.

The defendant will complete mandatory disclosure on or before November 17, 2005.

### b. Discovery

All discovery will be complete by March 9, 2006. Discovery will be in accordance with all applicable Federal Rules of Civil Procedure and applicable Local Rules, including Local Rule 26.1.

### 2. Motions

Any dispositive motions will be filed no later than April 20, 2006.

### 3. Expert Witnesses

The plaintiff will name all expert witnesses by January 31, 2006.

The defendant will make best efforts to name all expert witnesses by January 31, 2006.

### 4. Certification of Compliance with LR 16.1(D)(3)

Defendant has filed its Certification of Compliance with LR 16.1(D)(3).

Plaintiff's certification will be filed with the Court.

### 5. Referral to Magistrate Judge

The parties do not consent to a trial by a Magistrate Judge.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| SOUTH SHORE YMCA, INC. | PATTY DELOREAN |
| By its attorneys, | By her attorney, |
| Murphy, Hesse, Toomey & Lehane<br>300 Crown Colony Drive, 4th Floor<br>Quincy, MA 02169<br>(617) 479-5000 | Kevin B. Callanan<br>Law Office of Kevin B. Callanan<br>17 Accord Park Drive, Suite 101<br>Norwell, Massachusetts, 02061<br>(781) 878-1604 |
| /s/ Kathryn M. Martin<br>Kathryn M. Martin #660345 | /s/ Kevin B. Callanan<br>Kevin B. Callanan #070620 |

## Certificate of Service

    I, Kathryn M. Martin, hereby certify that on this 15th day of November, 2005, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Callanan, Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 02061.

                                          /s/ Kathryn M. Martin
                                          Kathryn M. Martin #660345