UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NMG

PATTY DELOREAN,
    Plaintiff,

v.

SOUTH SHORE Y.M.C.A., INC.,
    Defendant,

And

SOUTH SHORE Y.M.C.A., INC.,
    Plaintiff in Counterclaim,

v.

PATTY DELOREAN,
    Defendant in Counterclaim.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

    Pursuant to Local Rule 16.1(D), Defendant and its attorneys hereby certify that they have conferred regarding: (1) establishing a budget for the costs of litigation; and (2) consideration of resolving the instant matter through the use of the alternative dispute resolution programs outlined in Local Rule 16.4.

Respectfully submitted,

| | |
|---|---|
| Counsel for Defendant<br>SOUTH SHORE YMCA, INC. | Defendant,<br>SOUTH SHORE YMCA, INC. |
| Murphy, Hesse, Toomey & Lehane<br>300 Crown Colony Drive, 4th Floor<br>Quincy, MA 02169<br>(617) 479-5000 | By: /s/Maureen Minihan<br>    Maureen Minihan<br>    Human Resources Director |
| By: /s/ Kathryn M. Martin<br>    Kathryn M. Martin #660345 | |

## Certificate of Service

I, Kathryn M. Martin, hereby certify that on this 17th day of November, 2005, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon attorney for Plaintiff, Kevin B. Callanan, Law Office of Kevin B. Callanan, 17 Accord Park Drive, Suite 101, Norwell, Massachusetts, 02061.

/s/ Kathryn M. Martin
Kathryn M. Martin #660345