UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATTY DELOREAN,
    Plaintiff

v.                             Civil Action No. 05-11332-NMG

SOUTH SHORE YMCA, INC.
    Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The plaintiff, Patty DeLorean, and undersigned counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-- -- and various alternative courses-- -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

PATTY DELOREAN

By her attorney,

_/s/ Patty DeLorean_
Patty DeLorean

_/s/ Kevin B. Callanan_
Kevin B. Callanan BBO #070620
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, Massachusetts 02061
781-878-1604

Dated: November 16, 2005