**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Patty Delorean,

        Plaintiff

                                            CIVIL ACTION:05-11332-NMG

        V.

South Shore YMCA,

        Defendant

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

        After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to <u>Senior Judge, Magistrate Judge or Panel Member</u> for the following ADR program:

        _____ EARLY NEUTRAL EVALUATION    \_\_X\_\_\_ MEDIATION

        _____ MINI-TRIAL                  _____ SUMMARY JURY TRIAL

        _____ SETTLEMENT CONFERENCE      _____ SPECIAL MASTER

        _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

        Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                    NATHANIEL M. GORTON

                                    UNITED STATES DISTRICT JUDGE

     \_\_\_\_5/24/06\_\_\_\_\_                       **By:**   */S/ Craig J. Nicewicz,*_____
         **DATE**                                 Deputy Clerk

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_ | Contract | \_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | x\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_ | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | \_\_\_As soon as feasile_____ | | |