UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11332 NMG

PATTY DELOREAN,
    Plaintiff,

v.

SOUTH SHORE Y.M.C.A., INC.,
    Defendant,

And

SOUTH SHORE Y.M.C.A., INC.,
    Plaintiff in Counterclaim,

v.

PATTY DELOREAN,
    Defendant in Counterclaim.

## DEFENDANTS MOTION TO CONTINUE TRIAL DATE

    Defendant/Plaintiff in Counterclaim South Shore YMCA, Inc. ("Defendant" or the "YMCA") respectfully requests that this Court continue the trial date in this matter, currently set for July 16, 2007.  As reasons therefore Defendant states:

    1.    Plaintiff filed this Complaint on about June 25, 2005.  The Parties exchanged automatic disclosures and written requests for discovery.  Defendant noticed Plaintiff's deposition for January 10, 2006.

    2.    Plaintiff was unable to attend her deposition on January 10, 2006, and since then has not appeared for deposition nor responded to any of Defendant's discovery requests, despite several enlargements of time in which to complete discovery.

3.On January 8, 2007, this Court conducted a status conference in this matter. The Court ordered that Plaintiff make herself available for deposition by March 31, 2007, that the Parties be ready for trial by June 30, 2007, and that trial begin on July 16, 2007. Plaintiff's deposition was again noticed, this time for March 2, 2007. Plaintiff did not appear for deposition on March 2, 2007, or thereafter. Further, Plaintiff has never responded to Defendant's written discovery.

4.Defendant cannot defend against Plaintiff's claims or complete trial preparation without taking Plaintiff's deposition. To do so would cause undue prejudice and would be patently unfair to the defense of the case.

5.Defendant is moving to dismiss Plaintiff's case with prejudice, pursuant to Fed. R. Civ. P. 41(b). Said motion is being filed shortly.

6.For the past several days, counsel for Defendant has attempted to contact Plaintiff's counsel to seek his assent to the motion, but has not been able to contact him. Due to the time constraints, Defendant is filing this Motion today, but will continue to seek assent from Plaintiff's counsel.

WHEREFORE, Defendant the YMCA respectfully requests this Court to CONTINUE the current trial date in this manner.

        Respectfully submitted,

        DEFENDANT,
        SOUTH SHORE Y.M.C.A., INC.,

        By its Attorneys,

        /s/ Kathryn M. Murphy
        Kathryn M. Murphy, BBO#564789
        MURPHY, HESSE, TOOMEY &
        LEHANE, LLP
        World Trade Center East
        Two Seaport Lane
        Boston, MA 02210
        (617) 479-5000

Dated: July 3, 2007

**RULE 7.1 CERTIFICATION**

    I, Kathryn M. Murphy, hereby certify that I have attempted to confer with Plaintiff's counsel to seek assent to this motion, or to resolve or narrow the issue in the above-captioned matter and I have been unable to reach Plaintiff's counsel.

        /s/ Kathryn M. Murphy
        Kathryn M. Murphy

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non registered participants on July 3, 2007

        /s/ Kathryn M. Murphy
        Kathryn M. Murphy