UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATTY DELOREAN
    Plaintiff,

v.                               Civil Action No. 05-11332-NMG

SOUTH SHORE YMCA, INC.
    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Plaintiff, Patty DeLorean, through undersigned counsel, submits the following response to Defendant's Motion To Dismiss For Failure To Prosecute:

1.    On August 15, 2006, the plaintiff was deported from the United States to Australia.

2.    On March 27, 2007, the plaintiff informed undersigned counsel by telephone message that she cannot afford to return from Australia to Boston to participate in her case.

3.    On July 5, 2007, undersigned counsel informed the plaintiff by letter of defendant's July 2, 2007 motion to dismiss.

4.    Undersigned counsel has had no communication from the plaintiff since the March 27, 2007 telephone message.

Accordingly, undersigned counsel has no grounds to present to the Court in opposition to defendant's motion.

Respectfully submitted,

PATTY DELOREAN
By her attorney,


/s/ Kevin B. Callanan
Kevin B. Callanan, BBO No. 070620
Law Office of Kevin B. Callanan
17 Accord Park Drive - Suite 101
Norwell, Massachusetts 02061
781-878-1604

Dated: July 24, 2007

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non – registered participants on July 24, 2007.


/s/ Kevin B. Callanan
Kevin B. Callanan