## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__Delorean,__  
             **Plaintiff**

V.

__South Shore YMCA, Inc.,__  
             **Defendant**

CIVIL ACTION

NO.   __05-11332__

## ORDER OF DISMISSAL

__Gorton,__   __D. J.__

In accordance with the Court's Electronic Order dated   __8/20/07__   granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                               By the Court,

__8/20/07__                                          __/s/ Craig J. Nicewicz__  
       **Date**                                           **Deputy Clerk**

(Dismmemo.ord - 09/92)                                                                                                           [odism.]